Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 15−31634−RG
          Chapter: 13
          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Maryann Jones
  aka Maryann Freeman, aka Maryann
  Freeman Jones
  82 Fulton Avenue
  Jersey City, NJ 07305

Social Security No.:
  xxx−xx−8618

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/21/16 at 10:30 AM

to consider and act upon the following:

*51* − Objection to Request for Extension of Loss Mitigation (related document:49 Application for Extension of Loss Mitigation Period. Filed by Sarah J. Crouch on behalf of Maryann Jones. Objection deadline is 8/29/2016. (Attachments: # 1 Proposed Order) filed by Debtor Maryann Jones) filed by Denise E. Carlon on behalf of THE BANK OF NEW YORK MELLON, Et Al.... (Attachments: # 1 Certificate of Service) (Carlon, Denise)

Dated: 8/30/16

                                            James J. Waldron
                                            Clerk, U.S. Bankruptcy Court