Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  15–31634–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Maryann Jones
aka Maryann Freeman, aka Maryann
Freeman Jones
82 Fulton Avenue
Jersey City, NJ 07305

Social Security No.:
    xxx–xx–8618

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/21/16 at 10:30 AM

to consider and act upon the following:

*51* – Objection to Request for Extension of Loss Mitigation (related document:49 Application for Extension of Loss Mitigation Period. Filed by Sarah J. Crouch on behalf of Maryann Jones. Objection deadline is 8/29/2016. (Attachments: # 1 Proposed Order) filed by Debtor Maryann Jones) filed by Denise E. Carlon on behalf of THE BANK OF NEW YORK MELLON, Et Al.... (Attachments: # 1 Certificate of Service) (Carlon, Denise)

Dated: 8/30/16

James J. Waldron
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 15-31634-RG
Maryann Jones                                                                               Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1           Date Rcvd: Aug 30, 2016
                             Form ID: ntchrgbk       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2016.
db              +Maryann Jones,    82 Fulton Avenue,   Jersey City, NJ 07305-3123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2016                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2016 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Hetal  Patel    on behalf of Debtor Maryann  Jones nadiafinancial@gmail.com,
           patel.fitzlaw@gmail.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Nicholas  Fitzgerald    on behalf of Debtor Maryann  Jones nickfitz.law@gmail.com
          Nicholas V. Rogers    on behalf of Creditor    BANK OF AMERICA, N.A., as servicer for THE BANK OF
           NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS,
           INC., ASSET-BACKED CERTIFICATES, SERIES 2005-5. bankruptcy@feinsuch.com
          Sarah J. Crouch    on behalf of Debtor Maryann  Jones Nickfitz.law@gmail.com,
           nadiafinancial@gmail.com
          Tammy L. Terrell    on behalf of Creditor    BANK OF AMERICA, N.A., as servicer for THE BANK OF NEW
           YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC.,
           ASSET-BACKED CERTIFICATES, SERIES 2005-5. bankruptcy@feinsuch.com
                                                                    TOTAL: 7