UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

FITZGERALD & ASSOCIATES, P.C.
649 Newark Avenue
Jersey City, NJ 07305
By: Sarah J. Crouch, Esq.
Phone: 201-533-1100
Attorney for the Debtor

In Re:

MARYANN JONES

Order Filed on November 9, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    15-31634

Chapter:    13

Judge:    Gambardella

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 9, 2016**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ :

Property:     82 Fulton Avenue, Jersey City, NJ 07305

Creditor:     Bank of America

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by _____the Debtor_____,
and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____,
and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____11/26/2016_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2