Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                        Case No.:  15−31634−RG
                                        Chapter:  13
                                        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maryann Jones
   aka Maryann Freeman, aka Maryann
   Freeman Jones
   82 Fulton Avenue
   Jersey City, NJ 07305

Social Security No.:
   xxx−xx−8618

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/21/16.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 22, 2016
JJW: slm

                                                                                        James J. Waldron
                                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Maryann Jones
    Debtor

Case No. 15-31634-RG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Dec 22, 2016
                      Form ID: 148    Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2016.
```
db             +Maryann Jones,    82 Fulton Avenue,    Jersey City, NJ 07305-3123
515913908      +ASSOC SURGEONS OF NORTHERN NJ,    Craner Satkin Scheer Schwartz & Hanna, P,
                 320 Park Avenue, PO Box 367,    Scotch Plains, NJ 07076-0367
515855078      +Bank Of America,    Correspondence FL-1-908-01-49,    Po Box 31785,    Tampa, FL 33631-3785
515855080      +Bank of New York,    200 Park Avenue,    New York, NY 10166-0005
515855081      +Corelogic,    3445 Winton Place, Suite 219,    Rochester, NY 14623-2950
515855083      +Fein Such Kahn & Shepard,    Attorneys At Law,    7 Century Drive, #201,
                 Parsippany, NJ 07054-4609
515855084      +Northlands Orthopaedic & Sports Medicine,    504 Valley Road, #200,    Wayne, NJ 07470-3534
516000684      +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW,    c/o Shellpoint Mortgage Servicing,
                 PO Box 10826,    Greenville, SC 29603-0826
515855085      +Theodore Cebula,    163 Tonnelle Avenue,    Jersey City, NJ 07306-5116
515855086      +United Medical Lab,    Wassociates,    PO Box 2148,    Wayne, NJ 07474-2148
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 23 2016 00:03:41     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 23 2016 00:03:39     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515855079       EDI: BANKAMER.COM Dec 22 2016 23:53:00     Bank Of America,    Po Box 982236,
                 El Paso, TX 79998
515855082      +EDI: CCS.COM Dec 22 2016 23:53:00      Credit Collections Svc,    Po Box 773,
                 Needham, MA 02494-0918
515988464      +E-mail/Text: birminghamtops@sba.gov Dec 23 2016 00:04:02     U.S. Small Business Administration,
                 801 Tom Martin Drive, Suite 120,    Birmingham, AL 35211-6424
516018679      +E-mail/Text: birminghamtops@sba.gov Dec 23 2016 00:04:02     US Small Business Administration,
                 801 Tom Martin Drive, Suite 120,    Birmingham, AL 35211-6424
515855087      +E-mail/Text: birminghamtops@sba.gov Dec 23 2016 00:04:03     US Small Business Administration,
                 PO Box 740192,    Atlanta, GA 30374-0192
                                                                                               TOTAL: 7
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515855077    ##+Assoc Surgeons of Northern NJ,    25 Rockwood Place, Ste 105,    Englewood, NJ 07631-4958
                                                                                               TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016                                                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2016 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Hetal Patel    on behalf of Debtor Maryann  Jones nadiafinancial@gmail.com,
               patel.fitzlaw@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas Fitzgerald    on behalf of Debtor Maryann  Jones nickfitz.law@gmail.com
              R. A. Lebron    on behalf of Creditor    BANK OF AMERICA, N.A., as servicer for THE BANK OF NEW
               YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC.,
               ASSET-BACKED CERTIFICATES, SERIES 2005-5. bankruptcy@feinsuch.com
```

```
District/off: 0312-2          User: admin               Page 2 of 2              Date Rcvd: Dec 22, 2016
                              Form ID: 148              Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Sarah J. Crouch    on behalf of Debtor Maryann  Jones Nickfitz.law@gmail.com, nadiafinancial@gmail.com
          Tammy L. Terrell    on behalf of Creditor    BANK OF AMERICA, N.A., as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-5. bankruptcy@feinsuch.com

                                                                                           TOTAL: 7

Case 15-31634-RG    Doc 62    Filed 12/24/16    Entered 12/25/16 00:37:25    Desc Imaged
Certificate of Notice    Page 3 of 3